UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP CHRISTOPHER DISTIN,

Plaintiff,

v.

U.S. ARMY, et al.,

Defendants.

No. 2:25-cv-01883 DAD JDP P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND, AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

(Doc. Nos. 2, 7, 8)

Plaintiff Phillip Christopher Distin is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2025, the assigned magistrate judge screened plaintiff's complaint, found the allegations of that complaint to be frivolous and issued findings and recommendations recommending that plaintiff's complaint be dismissed for failure to state a claim and without leave to amend. (Doc. No. 7.) In so recommending, the magistrate judge recounted the factually frivolous nature of the allegations of the complaint and noted that similar allegations leveled by plaintiff in previously filed complaints in this court had been found to be frivolous and resulted in dismissal orders. (*Id.* at 2–3, n.2.)

/////

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3–4.) On August 13, 2025, the court received plaintiff's objections to the findings and recommendations in which plaintiff argued that his allegations were true, offered to take a lie detector test, requested that he be appointed counsel, and suggested that he would be willing to settle this action for $10 million. Those objections provide no basis upon which to reject the magistrate judge's well–reasoned findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 31, 2025 (Doc. No. 7) are adopted in full;
2. Plaintiff's complaint is dismissed as frivolous and for failure to state a cognizable claim without leave to amend because the granting of such leave would be futile here;
3. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is denied;
4. Plaintiff's request for appointment of counsel included in his objections (Doc. No. 8) is denied; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 18, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE